PS 8
(8/88)

# United States District Court
for

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
06 SEP 14 PM 1:36
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PJL   DEPUTY

U. S. A. vs CRUCES JR., JUAN EDWARDO          Docket No. 06CR1939LAB-001
Register #41300-198

## Petition for Action on Conditions of Pretrial Release

Comes now Tisha Garcia Pretrial Services Officer presenting an official report upon the conduct of defendant Juan Eduardo Cruces Jr., who was placed under pretrial release supervision by the Honorable Anthony J. Battaglia sitting in the court at San Diego, on the 7th day of August, 2006, under the following conditions: restricted travel to the Southern District of California; do not enter Mexico; report for supervision to Pretrial Services; not possess or use any narcotic drug or controlled substances without a lawful medical prescription; submit to treatment and/or testing for drugs or alcohol; actively seek full-time employment and/or education; and clear any warrants within 30 days of release.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

**CONDITION VIOLATED:**
Not possess or use any narcotic drug of controlled substance without a valid medical prescription.

**GROUNDS FOR VIOLATIONS:**
On September 5, 2006, the defendant submitted a urine specimen at the U.S. Pretrial Services Office. The undersigned U.S. Pretrial Services Officer has reviewed the confirmed test results from that urine specimen which reveals the defendant was positive for 502 ng/ml of amphetamines, >6000 ng/ml of methamphetamine and 264 ng/ml of TCH metabolite (marijuana).

On September 13, 2006, the defendant admitted he has a substance abuse problem and agreed to attend a drug rehabilitation program.

**PRAYING THAT THE COURT WILL ISSUE A "NO BAIL" BENCH WARRANT TO BRING THE DEFENDANT BEFORE THE COURT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this 14th day of SEPT, 2006 and ordered filed and made a part of the records in the above case.

_____
Honorable Larry A. Burns, U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/14/06

Respectfully,
Tisha Garcia
Tisha Garcia, U.S. Pretrial Services Officer

Place   San Diego, California

Date    September 14, 2006